UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re Application of REFINERÍA DE CARTAGENA S.A.S. for an Order Directing Discovery from MCDERMOTT INTERNATIONAL, LTD. Pursuant to 28 U.S.C. § 1782 | Index No. 23-cv-3607 |

**DECLARATION OF PATRICK SCHUMANN IN SUPPORT OF REFINERÍA DE CARTAGENA S.A.S.'S *EX PARTE* PETITION FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

I, Patrick Schumann, hereby declare under penalty of perjury as follows:

1. I am an English solicitor and a partner at King & Spalding International LLP, a U.S. law firm with offices located in major commercial centers around the world. I am resident in the firm's London office and am a member of the firm's Corporate, Finance & Investments practice group. My practice focuses on restructuring and insolvency, and I have more than 14 years of experience in this area of practice.

2. I represent Petitioner Refinería de Cartagena S.A.S. ("**Reficar**") in the English restructuring proceedings described below. I submit this declaration based upon my personal knowledge and in support of Reficar's *Ex Parte* Petition for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

3. On September 8, 2023, CB&I UK Limited ("**CB&I UK**"), a subsidiary of McDermott International Ltd. ("**McDermott**"), notified Reficar that CB&I UK is proposing a court-supervised restructuring plan under Part 26A of the Companies Act 2006 in England. Attached as **Exhibit 1** is a true and correct copy of CB&I UK's so-called "Practice Statement Letter" ("**PSL**") to creditors, dated September 8, 2023.

4. The PSL sets forth the key terms of the restructuring plan proposed by CB&I UK under Part 26A, and it explains that one of the primary objectives of the restructuring plan is to "avoid [CB&I UK] and the wider Group having to enter into insolvent liquidation, which would likely result in recoveries for [creditors] being materially lower than if the Restructuring Plan were approved and sanctioned." PSL, ¶ 6.2(b).

5. To implement its proposed restructuring plan, CB&I UK has scheduled a court-administered "Convening Hearing" on September 28, 2023, "Plan Meetings" with creditors on November 6, 2023, and a court-administered "Sanction Hearing" on November 10, 2023. PSL, ¶¶ 18.1, 18.6-18.7

6. Reficar holds an arbitral award (the "**Award**") against CB&I UK and two other subsidiaries of McDermott – McDermott International Holdings B.V. ("**CB&I N.V.**") and CB&I Colombiana S.A. The Award is in the amount of approximately US $937.5 million (excluding interest and costs).

7. Under the proposed restructuring plan, Reficar, which is the largest unsecured creditor of CB&I UK, will receive a maximum, contingent payment of US $4 million over two years, which Reficar will share with the *Contraloría General de la República*. PSL, ¶¶ 10.7-10.10. CB&I UK's debt under the Award, which has a total current value of well over USD 1 billion, will be "discharged in full." PSL, ¶ 8.4.

8. By contrast, the proposed restructuring plan will not materially impair any of CB&I UK's other creditors or lenders, and it will allow CB&I UK's shareholders to retain their full ownership stake in CB&I UK with no impairment at all. PSL, ¶ 8.

9. Every creditor or shareholder whose rights are affected by the proposed restructuring plan is entitled to participate in the Part 26A proceedings. For example, creditors frequently file their own expert evidence in Part 26A proceedings and make arguments at the dedicated court hearings.

10. A restructuring plan will take effect between a company and its creditors or shareholders (or any class of them) and become binding on all the creditors and shareholders to whom it applies if:

   (a) the restructuring plan is approved by 75% in value of the creditors or shareholders (or each class of creditors and/or shareholders) voting at each meeting convened to consider the restructuring plan; or

   (b) in the event that the restructuring plan is not approved by a number representing at least 75% in value of any class of creditors or shareholders of the company voting at the relevant plan meeting:

   (i) the court must be satisfied that, if it were to sanction the restructuring plan, none of the members of the dissenting class would be any worse off than they would be under the relevant alternative to the restructuring plan (the relevant alternative being whatever the court considers would be most likely to occur in relation to the company if the compromise or arrangement were not sanctioned by the court); and

      (ii)    a number representing at least 75% in value of a class of creditors or shareholders voting at the relevant plan meeting who would receive a payment or have a genuine economic interest in the company in the relevant alternative must have approved the restructuring plan;

(c) The restructuring plan is subsequently sanctioned by the court at a specific hearing (the sanction hearing); and

(d) a copy of the order sanctioning the restructuring plan is delivered to the Registrar of Companies for England and Wales.

11. Reficar has the right to dissent from the restructuring plan proposed by CB&I UK in the Part 26A proceedings. Reficar currently intends to oppose CB&I UK's proposed restructuring plan.

12. On September 20, 2023, Reficar requested documents and information from CB&I UK to be able to consider CB&I UK's proposed restructuring plan properly and to make appropriate submissions before the English court with jurisdiction over the Part 26A proceedings. Attached as **Exhibit 2** is a true and correct copy of Reficar's letter, dated September 20, 2023.

13. On September 22, 2023, Reficar received a response letter from CB&I UK, addressing some but not all of the points made in Reficar's letter. The response also stated that certain documents and information would be produced on September 25, 2023. However, given CB&I UK's prior conduct, Reficar believes that such documents and information will be incomplete and insufficiently granular to allow Reficar to critically evaluate and challenge the restructuring plan and valuation analysis submitted by CB&I UK. Attached as **Exhibit 3** is a true and correct copy of CB&I's letter, dated September 22, 2023.

14. If Reficar does not obtain all of the documents and information requested in its letter of September 20, 2023, Reficar plans to request court-ordered disclosure from CB&I UK in the Part 26A proceedings. However, that court-ordered disclosure is likely to be limited in scope.

15. Reficar will be unable to obtain court-ordered disclosure from McDermott, which is CB&I UK's "ultimate parent" (PSL, ¶ 4.2), because McDermott lies outside the jurisdiction of the English courts.

16. The financial and legal information that Reficar seeks from McDermott pursuant to 28 U.S.C. § 1782 is directly relevant and material to the valuation of CB&I UK and will be used by Reficar in the Part 26A proceedings to critically evaluate and challenge the restructuring plan and valuation analysis submitted by CB&I UK.

17. I am not aware of any reason why an English court would decline to consider relevant financial and legal information obtained by Reficar from McDermott pursuant to the U.S. 28 U.S.C. § 1782 process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: September 22, 2023

London, England                                    Patrick Schumann