IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re Application of* REFINERÍA DE CARTAGENA S.A.S., § § § § § § § § § | CIVIL ACTION NO. H-23-mc-1641 |

### ORDER DENYING MOTION TO VACATE
### EX PARTE § 1782 ORDER AND QUASH SUBPOENAS

McDermott International, Ltd. moved to vacate this court's order granting Refinería de Cartagena S.A.S.'s ("Reficar") application under 28 U.S.C. § 1782 and to quash subpoenas. (Docket Entry No. 16). Reficar agreed to limit its requests and opposed McDermott's motion. (Docket Entry No. 21). The court heard arguments on the motion on October 24, 2023. After considering the motions, the record, and the arguments, the court finds that the requirements of 28 U.S.C. § 1782 are satisfied as to the limited requests and denies the motion to vacate.

McDermott is ordered to produce the following documents to Reficar no later than October 30, 2023:

(1) Letters of credit for the following five projects: (i) Marjan Package 1; (ii) Aramco East Coast LPG Storage; (iii) ONGC 98 2; (iv) Bayport Polymers Ethane Cracker; and (v) Bayport Polymers Borstar Bay 3;

(2) The following four contracts: (i) the Aramco East Coast LPG Storage Contract; (ii) the Bayport Polymers Ethane Cracker EPC Contract; (iii) the Bayport Polymers Borstar Bay 3 EPC Contract; and (iv) the Venture Global Plaquemines Phase 2 Contract; and

(3) The following two categories of insurance documents: (i) documents that modify the rights and obligations of the CB&I Entities or Insurers under the Insurance Policies; and (ii) any documents related to, or reflecting, payments made by any Insurer to or on behalf of CB&I under any of the Insurance Policies.

McDermott is also ordered to produce a corporate representative for a one-day deposition to be held on or before November 3, 2023 at a time and place to be agreed on between the parties. The deposition will be limited to the eight topics laid out by Reficar in its opposition motion. (Docket Entry No. 21-1 at ¶ 12).

SIGNED on October 24, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge