# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Refinera de Cartagena S.A.S.

v.  Case Number: 4:23−mc−01641

McDermott International, Ltd.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 1/10/2024 at 01:30 PM before Judge Lee H Rosenthal, by video.

Date: December 28, 2023

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaEddins, Deputy Clerk