

January 22, 2024

*VIA CM/ECF*
**Hon. Lee H. Rosenthal**
United States District Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

      Re:    In re *Application of Refinería de Cartagena S.A.S. for an Order Directing Discovery from McDermott International, Ltd. pursuant to 28 U.S.C. § 1782*, Case No. 4:23-mc-01641.

Dear Judge Rosenthal,

      As a starting point, King & Spalding did not confer with me about this "dispute". Despite Mr. Stenglein's accusations in his letter, there has been no disregard for your January 10 Order and there is no suggestion whatsoever that Travis would not appear as ordered. So that you have the full and accurate picture, I have attached the letters that have been exchanged between my co-counsel in the UK and Mr. Stenglein's firm outlining serious misconduct and grievances. I intend to go forward with the scheduled deposition while reserving all our rights and remedies in both the UK and your court on the agreed date and time. I have conveyed such to Mr. Stenglein. Thank you.

        Sincerely,

        **THE KIM LAW FIRM**

        John H. Kim
        jhk@thekimlawfirm.com